# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Pamela Nicole Fairey,<br><br>　　　　　　　Debtor. | Case No. 22-13154-pmm<br><br>Chapter 13 |

### Debtor's Motion to Determine Value of Property and Allowed Secured Claim of First Investors Servicing Corporation

**AND NOW**, Debtor Pamela Nicole Fairey, by and through her attorney, moves this Court to determine value of property. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on November 28, 2022.

2. On April 2, 2019, the Debtor entered into an installment contract ("the Loan") for the refinance of a 2014 Kia Sorento, VIN 5XYKUDA78EG490401 ("the Car"), which is assigned to First Investors Servicing Corporation ("the Creditor").

3. The Creditor filed Claim No. 4 in this case, secured by the Car in the amount of $11,410.60. Exhibit A.

4. The Kelley Blue Book value of the Car is $8,219.00. Exhibit B.

5. Because the Loan is not secured by a purchase money security interest, it can be considered for a "cram down" at its current value. 11 U.S.C. § 506(A)(2).

6. The Court should determine that the value of the Car is $8,219.00 and that the secured component of Claim No. 4 must be paid according to that value.

**NOW, THEREFORE**, the Debtor asks this Court grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: May 23, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
　　Michael I. Assad (#330937)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com