**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Pamela Nicole Fairey,<br><br>                    Debtor. | Case No. 22-13154-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Determine Value of Property and**
**Allowed Secured Claim of First Investors Servicing Corporation**

      **AND NOW**, upon consideration of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of First Investors Servicing Corporation, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2014 Kia Sorento, VIN 5XYKUDA78EG490401, is $8,219.00.

3. The secured component of Claim No. 4 is $8,219.00.

4. The unsecured component of Claim No. 4 is $3,191.60.

Date: _____    _____
                                                                              Patricia M. Mayer
                                                                              U.S. Bankruptcy Judge