

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2213154

DEBTOR(S):

PAMELA NICOLE FAIREY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 11 IN THE AMOUNT OF $445.12

CREDITOR'S SIGNATURE:

/s/ Star Tumminelli

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/14/2024