# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Pamela Nicole Fairey,

        Debtor.

Case No. 22-13154-pmm

Chapter 13

## Certificate of Service

    I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Pamela Nicole Fairey
22 Johns Road
Cheltenham, PA 19012

Date: March 25, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com