# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Pamela Nicole Fairey,** | : |  |
|  | : | Case No. 22-13154 (PMM) |
|  | : |  |
| **Debtor.** | : |  |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 61, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 60) is **approved**.

**Date:**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**