## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        **Chapter 13**

**Pamela Nicole Fairey,**                       :

                                                :        **Case No. 22-13154 (PMM)**

                                                :

**Debtor.**                                     :

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter

13 Plan (doc. # 61, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 60) is **approved**.


**Date:**  6/5/24                               _____
                                                **PATRICIA M. MAYER**
                                                **U.S. BANKRUPTCY JUDGE**