UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    PAMELA  NICOLE  FAIREY

               Debtor

Chapter 13

Bankruptcy No. 22-13154-PMM

<u>CERTIFICATE OF SERVICE</u>

       I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of  Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 17th day of October, 2024 by first class mail upon those listed below:

PAMELA  NICOLE  FAIREY
22 JOHNS ROAD
CHELTENHAM, PA  19012

**Electronically via ECF/System ONLY:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                         */s/ Kenneth E. West, Esq.*
                         Kenneth E. West, Esq.
                         Standing Chapter 13 Trustee