# Cibik Law, P.C. # INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 11/06/2024

Pamela Fairey  
22 Johns Road  
Cheltenham, PA 19012

## 2405-Fairey

## Bankruptcy 22-13154

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 05/06/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted modified Chapter 13 plan | 1.00 | $350.00 |
| 05/06/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify Chapter 13 plan after confirmation | 0.30 | $105.00 |
| 05/06/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted notice of motion to modify and certificate of service of modified plan, motion to modify, and notice of motion to modify | 0.10 | $15.00 |
| 05/06/2024 | IR | A111 Other B110 Case Administration: Filed modified plan, motion to modify, notice of motion to modify, and certificate of service of modified plan, motion to modify, and notice of motion to modify | 0.20 | $30.00 |
| | | **Quantity Subtotal** | | **1.6** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 1.3 | $350.00 | $455.00 |
| Iesha Reid | Senior Paralegal | 0.3 | $150.00 | $45.00 |
| | | **Quantity Total** | | **1.6** |
| | | | **Subtotal** | **$500.00** |
| | | | **Total** | **$500.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 1 | | $500.00 | $0.00 | $500.00 |
| | | | **Outstanding Balance** | **$500.00** |
| | | | **Total Amount Outstanding** | **$500.00** |