# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Division

| | |
|---|---|
| Pamela Nicole Fairey, *Debtor*. | Chapter 13<br>Case No. 22-13154-pmm |

AND NOW, on this ____ day of _____, 2024, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$500** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge