**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Pamela Nicole Fairey, | Chapter 13 |
| | Case No. 22-13154-pmm |
| *Debtor.* | |

I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

Kenneth E. West (CM/ELF)

U.S. Trustee (CM/ELF)

Pamela Fairey
22 Johns Road
Cheltenham, PA 19012

Dated: November 6, 2024          CIBIK LAW, P.C.
                                *Attorney for Debtor*

                                By: /s/ Michael A. Cibik
                                    Michael A. Cibik (#23110)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    help@cibiklaw.com