**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Pamela Nicole Fairey, | Chapter 13 |
| Debtor | Case No.22-13154-pmm |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 22 Johns Road | 321 West Aspley Street |
| Cheltenham, PA 19012 | Philadelphia, PA 19144 |

Date:  December 10, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
     Michael A. Cibik, Esquire
     Attorney I.D. 23110
     1500 Walnut Street, Suite 900
     Philadelphia, PA 19102
     P: 215-735-1060/F: 215-735-6769
     E:  cibik@cibiklaw.com