**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| **Pamela Nicole Fairey,** | : | |
| | : | Case No. 22-13154 (PMM) |
| | : | |
| **Debtor.** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 74, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 73) is **approved**.

*/s/ Patricia M. Mayer*

**Date:** 12/10/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**