# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Pamela Nicole Fairey, | Chapter 13 |
|---|---|
| *Debtor.* | Case No. 22-13154-pmm |

AND NOW, on this 12th day of December, 2024, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$500** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date: 12/12/24

By the Court:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge