United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-13154-pmm

Pamela Nicole Fairey  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Dec 10, 2024  Form ID: pdf900  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Nicole Fairey, 22 Johns Road, Cheltenham, PA 19012-1420 |
| cr | + | HPA Borrowers 2017-1 LLC, 120 S. Riverside Plaza, Suite 2000, Chicago, IL 60606-6995 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2024 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 11 2024 00:11:00 | FIRST INVESTORS SERVICING CORPORATION, c/o Peritus Portfolio Services II LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:20:46 | LVNV Funding LLC c/o Resurgent Capital Services, LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024  Signature:  /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN B. CORNISH | on behalf of Creditor HPA Borrowers 2017-1 LLC kcornish@highswartz.com mdrevyanko@highswartz.com;kfordknight@highswartz.com |
| MICHAEL A. CIBIK | on behalf of Debtor Pamela Nicole Fairey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Pamela Nicole Fairey,

Debtor.

: Chapter 13
:
: Case No. 22-13154 (PMM)
:
:

ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 74, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 73) is **approved**.

Date:   12/10/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE