IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: PAMELA NICOLE FAIREY

CASE NO. 2-22-BK-13154

CLAIM: 4

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, FIRST INVESTORS SERVICING CORPORATION hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**FIRST INVESTORS SERVICING CORPORATION**
**3065 AKERS MILL RD SE SUITE 700**
**ATLANTA GA 30339**

To the new address below:

**FIRST INVESTORS SERVICING CORPORATION**
**c/o Peritus Portfolio Services II, LLC**
**P.O. Box 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough                                  Date: 6/26/2025
Georgina Yarbrough
Telephone: (866) 831-5954